The People of the State of New York, Respondent,
against
Morgan Disano, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Gerianne Abriano, J.), rendered July 25, 2016, convicting her, upon a plea of guilty, of criminal possession of marijuana in the fifth degree, and imposing sentence.




Per Curiam.
Appeal from judgment of conviction (Gerianne Abriano, J.), rendered July 25, 2016, dismissed, as academic.
Under CPL 160.50(5), effective August 28, 2019, defendant's conviction for unlawful possession of marijuana (see Penal Law § 221.05) became a nullity by operation of law, independently of any appeal, and without requiring any action by this Court. Thus this appeal from said conviction must be dismissed as academic.
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 17, 2020